1040

CHERYL P. GREENE ET AL., *Appellants*, v. RALPH ALEXANDER YOUNG ET AL., *Defendants*, ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30391-5, Mary E. Roberts, J., entered July 28, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. HASAN CLAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03392-7, George N. Bowden, J., entered March 20, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Leach, J.

PATRICIA STRESKY, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-17848-3, Richard A. Jones, J., entered August 28, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington and Appelwick, JJ.

MELLISSA BRODERICK, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-11422-3, Ronald L. Castleberry, J., entered August 14, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Grosse and Ellington, JJ.